UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Jason Rains, David Cerutti, Paige Bishop, Carlos Guidorizzi, Heather Richards, and Brian Gresh, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>Jaguar Land Rover North America, LLC,<br><br>Defendant. | Civil Action No.: 2:22-cv-04370-EP-JSA |

## [PROPOSED] ORDER CONSOLIDATING CASES

Before the Court is the Parties joint letter request to consolidate this action with two related actions pending before this Court: *Rains v. Jaguar Land Rover Automotive, PLC et al.* No. 2:24-cv-07846-EP-JSA (D.N.J.) ("*Rains II*") and *Seiber et al. v. Jaguar Land Rover North America, LLC*, No. 2:24-cv-09194-EP-JSA (D.N.J.) ("*Seiber*") into a single consolidated action. (Dkt. No. 77).

The Court finds that consolidation is warranted because each of the above actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a). Plaintiffs in each of these cases allege that 2020-2022 model year Land Rover Defender vehicles allegedly have defective windshields; Plaintiffs assert similar theories of liability in each of these cases; Jaguar Land Rover North America, LLC ("JLRNA") is the defendant in both this case and *Seiber*; and the defendants in *Rains II* are alleged to be JLRNA's parent corporations responsible for, *inter alia,* designing and manufacturing the 2020-2022 model year Land Rover Defender vehicles.

In addition, the consolidation of these cases would promote the economy and convenience of the Court and of the parties, including efficient case management and avoidance of burden on the parties, witnesses, and available judicial resources posed by multiple lawsuits.

Accordingly, the Court hereby consolidates this case with *Rains v. Jaguar Land Rover Automotive, PLC et al.* No. 2:24-cv-07846-EP-JSA (D.N.J.) and *Seiber et al. v. Jaguar Land Rover North America, LLC*, No. 2:24-cv-09194-EP-JSA (D.N.J.) for all purposes.

**SO ORDERED**, this 4th day of November, 2024.

_____
Hon. Jessica S. Allen
United States Magistrate Judge